# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| USA, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:13-cr-00329-MOC-DCK |
| | ) | 3:16-cv-00751-MOC |
| vs. | ) | |
| | ) | |
| Daniel Harold Williford, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 13, 2018 Order.

March 13, 2018


Frank G. Johns, Clerk
United States District Court